## COLE ET AL. *v.* MANNING, PENITENTIARY SUPERINTENDENT.

No. 610, Misc.   Decided March 18, 1963.

*Theodore W. Law, Jr.* for appellants.

*Daniel R. McLeod,* Attorney General of South Carolina, and *Victor S. Evans,* Assistant Attorney General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

## CRAIG *v.* BENNETT, WARDEN.

No. 841, Misc.   Decided March 18, 1963.

PER CURIAM.

The appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.